## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**BENJAMIN VINCENT LYTLE**
**Appellant-Defendant,**

**v.**                                              **Case No.: 8:22-cr-435-CEH-SPF**

**UNITED STATES OF AMERICA**
**Appellee-Plaintiff.**

_____

### NOTICE OF SUPPLEMENTAL AUTHORITY

Appellant-Defendant Benjamin Vincent Lytle respectfully submits this notice to provide the Court with supplemental authority related to his appeal (Doc. 114). New supplemental authority supports that 38 C.F.R. § 1.218(a)(13) is unconstitutional as applied to Mr. Lytle, violating his Second Amendment right:

In *United States v. Hemani*, 146 S. Ct. 1677 (2026), the Supreme Court decided that 18 U.S.C. § 922(g)(3)'s prohibition on firearm possession as applied to Mr. Hemani—an unlawful user of marijuana—was unconstitutional in violation of Mr. Hemani's Second Amendment right. The Court highlighted that it was the government's burden to show a law infringing on the Second Amendment is consistent with the Nation's tradition of firearm regulation and explained how the government had failed to do so. *Id.* at 1685-91.

1

*Hemani* highlights the heavy burden the government shoulders in these cases to show that a law is consistent with the Nation's tradition of firearm regulation—a burden the government did not meet here with 38 C.F.R. § 1.218(a)(13) as applied to Mr. Lytle.  This country has no national tradition of firearm regulation in someone's personal vehicle left in a parking lot.  Thus, the statute is unconstitutional as applied to Mr. Lytle, violating his Second Amendment right.  He respectfully requests this Court vacate the judgment and dismiss his case for the reasons explained in his briefing.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Defender, MDFL

/s/ Laura A. Ferro
Laura A. Ferro, Esq.
Research and Writing Attorney
2075 West First Street, Suite 300
Fort Myers, Florida 33901
Telephone 239-334-0397
Email: laura_ferro@fd.org

2